

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § § | No. 4:19CR 141<br>Judge Crone |
| DAVID KEITH STANFIELD | | |

## INDICTMENT

THE UNITED STATES GRAND JURY CHARGES:

### COUNT 1

Violation: 18 U.S.C. § 1014
(False Statement on Loan and Credit Application)

On or about September 4, 2018, in the Eastern District of Texas, defendant **David Keith Stanfield** knowingly made a false statement for the purpose of influencing the action of Wells Fargo, an institution the accounts of which are insured by the Federal Deposit Insurance Corporation, in connection with an application, purchase, purchase agreement or loan, in that the defendant represented that he was currently employed by Classic N Denison LLC and was authorized by Classic N Denison LLC to make the application, purchase, purchase agreement or loan, when in truth and in fact, as the defendant well knew, the defendant was not employed by Classic N Denison LLC and had no such authority.

In violation of 18 U.S.C. § 1014.

**Indictment – Page 1**

## NOTICE OF INTENT TO SEEK CRIMINAL FORFEITURE

18 U.S.C. § 982(a)(2)(A) and 28 U.S.C. § 2461

As the result of committing one or more of the foregoing offenses alleged in this indictment, the defendant herein shall forfeit to the United States, pursuant to 18 U.S.C. § 982(a)(2)(A) and 28 U.S.C. § 2461:

1. any property constituting, or derived from, and proceeds the defendant obtained, directly or indirectly, as the result of such violation(s); and

2. any of the defendant's property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation(s).

### Cash Proceeds:

A sum of money in United States currency and all interest and proceeds traceable thereto, representing the amount of proceeds obtained by the defendant as a result of the offense(s) alleged in this indictment, for which the defendant is personally liable.

### Substitute Assets:

If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

(a) cannot be located upon the exercise of due diligence;
(b) has been transferred or sold to, or deposited with a third person;
(c) has been placed beyond the jurisdiction of the court;
(d) has been substantially diminished in value; or
(e) has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), to seek forfeiture of any other property of the defendant up to the value of the above forfeitable property, including but not limited to all property, both real and personal owned by the defendant.

A TRUE BILL

Date: 6/12/19

GRAND JURY FOREPERSON

JOSEPH D. BROWN
UNITED STATES ATTORNEY

Matthew T. Johnson
Assistant United States Attorney

Indictment – Page 3

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § § | No. 4:19CR Judge |
| DAVID KEITH STANFIELD | | |

## NOTICE OF PENALTY

### COUNT 1

VIOLATION: 18 U.S.C. § 1014

Imprisonment for not more than 30 years; a fine of not more than $1,000,000; a term of supervised release of not more than 5 years.

SPECIAL ASSESSMENT: $100.00

Indictment – Page 4